

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00033-CR

Ernest Jurl **HERT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 33663
Honorable Lynn Ellison, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 4, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice